UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROYCELIA LEILAN PENDER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ANDREW M. SAUL, Commissioner of Social  )<br>Security,  )<br>Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:18-CV-284-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 20]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 15], DENIES defendant's motion for judgment on the pleadings [D.E. 17], and REMANDS the action to the Commissioner under 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on July 31, 2019, and Copies To:**
Russell R. Bowling                                                      (via CM/ECF electronic notification)
Wanda D. Mason                                                        (via CM/ECF electronic notification)

DATE:                                                    PETER A. MOORE, JR., CLERK
July 31, 2019                                         (By) /s/ Nicole Sellers
                                                                      Deputy Clerk