UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROYCELIA LEILAN PENDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:18-CV-284-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that attorney fees and expenses in the total amount of Five Thousand Eight Hundred Twenty-Three Dollars and Sixty-Seven Cents ($5,823.67) and costs in the amount of Four Hundred Dollars ($400.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

**This Judgment Filed and Entered on November 1, 2019, and Copies To:**
| | |
|---|---|
| Russell R. Bowling | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

DATE:
November 1, 2019

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk